# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:21cr21-TKW/MJF-1

MUHUMMAND WASHINGTON

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **MUHUMMAND WASHINGTON,** to Count One of the Information is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 8th day of August, 2022.

_____
 **T. KENT WETHERELL, II**
 **UNITED STATES DISTRICT JUDGE**